M-D 1

IN THE UNITED STATES DISTRICT COURT FOR RECEIVED
THE MIDDLE DISTRICT OF ALABAMA

2023 JUN 29 P 12: 26

TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

_Garon M. Morgan #272213_ )
Full name and prison name of )
Plaintiff(s) )
)
)
v. )     CIVIL ACTION NO._____
)     (To be supplied by Clerk of U.S. District
_Captain Christopher Grady_ )     Court)
_L.T. Larry McCovery_ )
_C.O. Bryan Gaynn_ )
)
)     2:23-CV-405-ECM-CWB
)
)
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court dealing with the same or
          similar facts involved in this action?  YES ☐   No ☑

     B.   Have you begun other lawsuits in state or federal court relating to your
          imprisonment?          YES ☐          NO ☑

     C.   If your answer to A or B is yes, describe each lawsuit in the space below.  (If there
          is more than one lawsuit, describe the additional lawsuits on another piece of paper,
          using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff (s) _____

               _____

               Defendant(s) _____

               _____

          2.   Court (if federal court, name the district; if state court, name the county)

               _____

               _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
_____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT <u>ST. Clair correctianal facilly</u>

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED <u>Easterling Correctional facility</u>

III. NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | CPt. Christopher Gondy | Easterling correctional facilly |
| 2. | LT. Larry MCCovery | |
| 3. | C.O. Garan (Bryan) | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED <u>around or about 1/25/2023</u>

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: <u>Cruel and unusal Punishment</u>

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I was attacked in my cell by another inmate who was not suppose to be put in my cell. I filled out a sick call on 1/25/2023 after getting a body chart for a black eye and a injured and swollen hand.

GROUND TWO: Denied me medical care

SUPPORTING FACTS: When the officers came and got the people for x-rays they refused to get me and take me to get my hand x-rayed I asked them several times to come get me but they refused said I was not getting no x-ray.

GROUND THREE: Deliberate indifference

SUPPORTING FACTS: Nurse Ivory came around for pill call and I asked her why I wasn't able to get my hand x-rayed and see the doctor she said I put you on the list but the officers would not bring you.

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

Money / Punitive Damages 20 k Per
Person / defendant

Gavon M. Morgan #272213
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/6/2023
(Date)

Gavon M. Morgan #272213
Signature of plaintiff(s)

Garon morgan #272213
ST. Clair
1000 ST. Clair Rd
Springville, AL. 35146

"This correspondence is forwarded from an Alabama
State Prison. The contents have not been evaluated,
and the ADOC is not responsible for the substance or
content of the enclosed communication."



US. District court clerk
I Church Street
Montgomery, AL. 36104

Legal Mail